**Marlon Ivan CASTANEDA–
BARRIENTOS,
Petitioner**

v.

**Loretta E. LYNCH, Attorney General
of the United States,
Respondent.**

No. 15–1463.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 1, 2015.

Filed: Sept. 8, 2015.

Marlon Ivan Castaneda–Barrientos, Lexington, NE, pro se.

Karen L. Melnik, Rebekah Nahas, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Salvadoran citizen Marlon Ivan Castaneda–Barrientos petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge to deny withholding of removal and Convention Against Torture relief.[1] After careful consideration, we conclude that substantial evidence supports the decision. *See De Castro–Gutierrez v. Holder*, 713 F.3d 375, 379–82 (8th Cir.2013). The petition is denied. *See* 8th Cir. R. 47B.

---

1. The rulings determining that Castaneda–Barrientos had not timely filed his asylum application or shown circumstances to excuse his untimeliness are not before us in this petition for review.